UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GAKUBA,<br><br>    Petitioner,<br><br>v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | Case No. 22-cv-09050-RS (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner challenges state convictions he received in Illinois. Accordingly, this action is TRANSFERRED to the Northern District of Illinois, Western Division, as that is the district of conviction. 28 U.S.C. §§ 93(a)(2), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January  3 , 2023

_____
RICHARD SEEBORG
Chief United States District Judge